THE STATE OF OHIO, APPELLEE, *v*. ANTENORI, APPELLANT.

[Cite as *State v. Antenori*, 124 Ohio St.3d 1219, 2010-Ohio-576.]

*Appeal dismissed as improvidently accepted.*

(No. 2009-0290 — Submitted February 17, 2010 — Decided February 24, 2010.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 90580, 2008-Ohio-5987.

_____

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and T. Allan Regas, Assistant Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and Cullen Sweeney, Assistant Public Defender, for appellant.

_____